UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATIENTS NOT PATENTS, INC.<br>1712 Eye St., NW<br>Suite 915<br>Washington, DC 20006<br><br>        Plaintiff,<br><br>    vs.<br><br>PROTHERA, INC.<br>10439 Double R Blvd.<br>Reno, NV 89521 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

COMPLAINT (PATENT FALSE MARKING)

THE PARTIES

1. Plaintiff Patients not Patents, Inc. ("PNP") is a nonprofit corporation organized under the laws of the District of Columbia. The stated mission of PNP is to "educate the public about the influence of intellectual property rights on the availability of health care; and to reduce barriers to obtaining health care."

2. Defendant ProThera, Inc. is a corporation organized under the laws of the state of Nevada with its principal office or place of business at 10439 Double R Blvd., Reno, NV 89521.

3. Defendant sells dietary supplements and so-called "nutraceutical" products.

JURISDICTION AND VENUE

4. This complaint is filed and these proceedings are instituted under 35 U.S.C. § 292 (2005) to recover civil penalties for violations of that section.

5. This court has jurisdiction over the Defendant and over the subject matter of this jurisdiction pursuant to 28 U.S.C. §§ 1338(a), 1335 and 1331 (2005).

6. Venue is properly based in this District under 28 U.S.C. §§ 1391 and 1395 (2005).

## DEFENDANT'S COURSE OF CONDUCT

7. Beginning on at least October 12, 2003 and continuing to present, Defendant has advertised and continues to advertise to health practitioners and the general public, the following products: MultiMinerals, GastroTheraPack, VitaPrime, OcuTheraPack, MultiThera 2 (with iron), MultiThera 1(iron-free), MultiThera 1 Capsules, ArthroTheraPack, GlucoTheraPack, MSM 750, CardioTheraPack, TheraSlimPack, Regenerin, Regenerin Daily, InflaTheraPack, AntiOxTheraPack, and OsteoTheraPack.

8. At times relevant to this Complaint, Defendant furnished advertising copy in connection with the products of Paragraph 7 through its website www.protherainc.com and through its product catalog.

9. At times relevant to this Complaint, the following products, among others, were marked as containing molybdenum chelate under U.S. Patent Number 4,599,152: MultiMinerals, GastroTheraPack, VitaPrime, OcuTheraPack, MultiThera 2 (with iron), MultiThera 1(iron-free),

1    MultiThera 1 Capsules, ArthroTheraPack, GlucoTheraPack, MSM 750,
2    CardioTheraPack, TheraSlimPack, Regenerin, Regenerin Daily,
3    InflaTheraPack, AntiOxTheraPack, and OsteoTheraPack.
4   10. At times relevant to this Complaint, the following products, among
5    others, were marked as containing chromium chelate under "U.S. Patent
6    Number 4,599,152":  GastroTheraPack, VitaPrime, OcuTheraPack,
7    MultiThera 2 (with iron), MultiThera 1(iron-free), MultiThera 1
8    Capsules, ArthroTheraPack, GlucoTheraPack, CardioTheraPack,
9    TheraSlimPack, Regenerin, Regenerin Daily, InflaTheraPack,
10    AntiOxTheraPack, and OsteoTheraPack.
11  11. At times relevant to this Complaint, the following products, among
12    others, were marked as containing ChromeMate(TM) under "U.S. Patent
13    Number 4,923,855":  MultiMinerals, GastroTheraPack, VitaPrime,
14    OcuTheraPack, MultiThera 2 (with iron), MultiThera 1(iron-free),
15    MultiThera 1 Capsules, ArthroTheraPack, CardioTheraPack,
16    TheraSlimPack, Regenerin, Regenerin Daily, InflaTheraPack,
17    AntiOxTheraPack, and OsteoTheraPack.
18
19                        THE '152 PATENT
20  12. US Patent 4,599,152 was issued Jul. 8, 1986 to Albion Laboratories,
21    Inc. The patent is entitled, "Pure Amino Acid Chelates."
22  13. None of the claims of the '152 patent cover an amino acid chelate
23    having a molybdenum or chromium ion.
24
25                        THE '855 PATENT

14. US Patent 4,492,855 was issued May 8, 1990 to The Williams Seroy Group. The patent is entitled, "Synthetic GTF Chromium Material and Process Therefor."
15. None of the claims of the '855 patent cover the product chromium polynicotinate itself, only methods for its administration to increase glucose tolerance.
16. Chromium polynicotinate is not used in any of the products of Paragraph 11 for the purpose of increasing glucose tolerance.

## STANDING

17. Plaintiff brings this action under 35 USC § 292(b), which provides that any person may sue for civil monetary penalties for false marking.

## STATUTE OF LIMITATIONS

18. There is a five year statute of limitations for bringing a false marking claim. 28 USC § 2462 (2005), <u>Arcadia Machine & Tool, Inc. v Sturm, Ruger & Co.</u>, 786 F2d 1124, 1125 (Fed. Cir. 2005).

## CAUSE OF ACTION

19. Defendant has violated 35 USC § 292(a) by advertising in connection with the products described in Paragraph 7, the word "patent" (or similar words), for the purpose of deceiving the public.

1    20. Defendant committed forty-seven separate offenses, as described in
2        Paragraphs 9-11.
3
4                              PRAYER FOR RELIEF
5    WHEREFORE, Plaintiff requests this Court, pursuant to 35 U.S.C. § 292 and
6    its own equitable powers, to:
7    21. Enter judgment against the Defendant and in favor of the Plaintiff for
8        the violations alleged in this complaint;
9    22. Order defendant to pay a civil monetary fine of $23,500, of which
10       $11,750 will be awarded to the Plaintiff and $11,750 will be awarded
11       to the United States.
12
13                                   Dated this 18th day of October, 2005
14
15                                   _____
                                     Patients not Patents, Inc.
16                                   1712 Eye St., NW
                                     Suite 915
17                                   Washington, DC 20006
                                     Jeffrey L. Light
18                                   Bar number: 485360
                                     (202)277-6213
19
20
21
22
23
24
25