CO-386-online
10/03
**FILED**

OCT 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Patients not Patents, Inc.   )
                             )
                             )
            Plaintiff        )   Civil Action
   vs                        )
                             )
ProThera, Inc.               )
                             )
                             )
            Defendant        )

CASE NUMBER 1:05CV02058

JUDGE: Reggie B. Walton

DECK TYPE: General Civil

DATE STAMP: 10/19/2005

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Patients not Patents, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Patients not Patents, Inc.__ which have any outstanding securities in the hands of the public:




These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Jeffrey Light_
Signature

485360
BAR IDENTIFICATION NO.

Jeffrey Light
Print Name

1712 Eye St., NW Suite 915
Address

Washington, DC 20006
City            State           Zip Code

202-277-6213
Phone Number

2