UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Patients not Patents, Inc.,**           ) **Case No.: 1:05-cv-2058**
                                          ) **Judge: RBW**
    **Plaintiff**                         )
                                          )
  vs.                                     )
                                          )
**Medimpex United, Inc.,**                )
                                          )
    **Defendant**                        )
                                          )

**AFFIDAVIT OF SERVICE**

I, Jeffrey Light, hereby declare that on the 21st day of October, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested to Candace Menke, registered agent for ProThera, Inc.

1      Dated this 31st day of October, 2005
2
3
4      /s/ Jeffrey L. Light
       Jeffrey L. Light
       Patients not Patents, Inc.
5      1712 Eye St., NW #915
       Washington, DC 20006
6      Bar # 485360

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25