UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Patients not Patents, Inc.,** )  | **Case No.: 1:05-cv-2058** |
| ) | **Judge: RBW** |
| **Plaintiff** ) | |
| ) | |
| vs. ) | |
| ) | |
| **Medimpex United, Inc.,** ) | |
| ) | |
| **Defendant** ) | |

**AFFIDAVIT OF SERVICE**

I, Jeffrey Light, hereby declare that on the 21st day of October, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested to Candace Menke, registered agent for ProThera, Inc.

[Domestic Return Receipt card addressed to:
ProThera, Inc.
Candace Menke
10439 Double R Blvd.
Reno, NV 89521
Service Type: Certified Mail
Article Number: 7002 0860 0[...]
PS Form 3811, August 2001]

| | |
|---|---|
| 1 | Dated this 31st day of October, 2005 |
| 2 | |
| 3 | |
| 4 | /s/ Jeffrey L. Light |
| | Jeffrey L. Light |
| | Patients not Patents, Inc. |
| 5 | 1712 Eye St., NW #915 |
| | Washington, DC 20006 |
| 6 | Bar # 485360 |