CO-386-online
10/03

# United States District Court
# For the District of Columbia

PATENTS NOT PATENTS, INC.,  )
)
)
)
vs  Plaintiff  )   Civil Action No. __1:05-CV-02058-RBW__
)
PROTHERA, INC.  )
)
)
Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __PROTHERA, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __PROTHERA, INC.__ which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

__/s/ Linda E. Alcorn__
Signature

__444452__
BAR IDENTIFICATION NO.

Linda E. Alcorn
Print Name

1100 New York Avenue N. W.
Address

Washington, D. C.      20018
City           State        Zip Code

(202) 371-2600
Phone Number