UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

```
Patients not Patents, Inc.,      ) Case No.: Case No. 1:05-cv-2058
                                 )
        Plaintiff,                ) Judge: RBW
                                 )
    vs.                          )
                                 )
ProThera, Inc.,                  )
                                 )
        Defendant                )
                                 )
```

MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO

DEFENDANT'S MOTION TO DISMISS

On November 18, 2005, Defendant ProThera, Inc. included in its Amended Answer a motion to dismiss for failure to state a ground upon which relief may be granted under FRCP Rule 12(b)(6).

Plaintiff's response to this motion would be due December 5, 2005.  Plaintiff hereby moves for an extension of time of 10 calendar days, such that Plaintiff's response is due on December 15, 2005.

Defense has consented to this motion.

Dated this 5th day of December, 2005

/s/ Jeffrey Light
Jeffrey Light