UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Patients not Patents, Inc., | ) Case No.: Case No. 1:05-cv-2058 |
| | ) |
| Plaintiff, | ) Judge: RBW |
| | ) |
| vs. | ) |
| | ) |
| ProThera, Inc., | ) |
| | ) |
| Defendant | ) |
| | ) |

MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO

DEFENDANT'S MOTION TO DISMISS

On November 18, 2005, Defendant ProThera, Inc. included in its Amended Answer a motion to dismiss for failure to state a ground upon which relief may be granted under FRCP Rule 12(b)(6).

Plaintiff was previously granted an extension of time for 10 calendar days, meaning the response to this motion would be due December 15, 2005. Plaintiff hereby moves for an extension of time such that Plaintiff's response is due on January 9, 2005.

Defense has consented to this motion.

Dated this 5th day of December, 2005

/s/ Jeffrey Light
Jeffrey Light

-1-