JAN-17-2006 16:27   STERNE KESSLER GOLDSTEIN                              P.02
Case 1:05-cv-02058-RBW   Document 11   Filed 01/17/2006   Page 1 of 3



Jeffrey L. Light, Esq.
PATIENTS NOT PATENTS, INC.
1712 Eye Street, NW
Washington, DC 20006
Ph: (202) 277-6213
Attorney for Plaintiff
Patients not Patents, Inc.

Linda E. Alcorn, Esq.
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue, NW
Washington, DC 20005
Ph: (202) 772-8514
Attorney for Defendant
ProThera, Inc.



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PATIENTS NOT PATENTS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:05-cv-02058-RBW |
| PROTHERA, INC., | ) ) | Judge Reggie B. Walton |
| Defendant. | ) ) ) | |

### STIPULATED DISMISSAL AND ORDER

The parties, Patients not Patents, Inc. and ProThera, Inc. by and through their respective attorneys, have represented that they have settled and compromised all the disputes among themselves, and moved the Court to dismiss this action. Pursuant to the terms of the settlement agreement, the parties are hereby stipulating and agreeing as follows:

Case 1:05-cv-02058-RBW   Document 11   Filed 01/17/2006   Page 2 of 3

1. The Court has jurisdiction over the subject matter and the parties.

2. The above-captioned action and all claims asserted therein, and all claims that could have been asserted therein based on the facts plead, are dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

3. This Order and the settlement are entered without ProThera, Inc. admitting any liability to Patients not Patents and with ProThera, Inc. denying the allegations and claims of Patients not Patents, with this Consent Order being entered to avoid the costs of litigation.

4. This Court shall retain jurisdiction over the parties in connection with the enforcement of this Order and the settlement agreement between the parties.

Stipulated and agreed by:

/s/ Jeffrey Light
Jeffrey L. Light, Esq. (D.C. Bar No. 485360)
PATIENTS NOT PATENTS, INC.
1712 Eye Street, NW
Washington, DC 20006
(202) 277-6213

Dated: January 17, 2006

ATTORNEY FOR PLAINTIFF, PATIENTS NOT PATENTS, INC.


Stipulated and agreed by:

/s/ Linda E. Horner
Linda E. Horner, Esq. (D.C. Bar No. 444452)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue N.W.
Washington, District of Columbia 20005
(202) 371-2600

Dated: January 17, 2006

ATTORNEY FOR DEFENDANT, PROTHERA, INC.

## ORDER

The Court has reviewed the above stipulation and it is so ORDERED, ADJUDGED AND DECREED.

_____
U.S. District Court Judge

January 19, 2006